# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush  
Court Reporter: Paul Zuckerman  
Probation Officer: Jan Woll

Date: April 16, 2007

Criminal Action No. 05-cr-00141-MSK

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Jaime Pena |
|  | Gregory Rhodes |
| Plaintiff, |  |
| v. |  |
| 14.  STEVE ZAMORA, | R. Scott Reisch |
| Defendant. |  |

## SENTENCING MINUTES

**11:02 a. m.    Court in session**.

Defendant present on bond.

**Change of Plea Hearing on January 23, 2006.  Defendant pled guilty to Count 28 of the First Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties do contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution.  Statements made by the Government and defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument.

**ORDER**:    Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance (Doc. 1202) is granted.

**ORDER**:    Defendant Steve Zamora's Motion for Downward Departure or in the Alternative, Motion for Variance Pursuant to 18 U.S.C. §3553 (Doc. 1211) is denied.

**ORDER:**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**    Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on May 14, 2007.

**ORDER:**    Bond will be exonerated at the time of defendant's voluntary surrender to the institution designated by the Bureau of Prisons.

**11:39 a.m.    Court in recess.**

Total Time: 00:37
Hearing concluded.